Marshall, CJ., Kinkade, Jones, Matthias and Allen, JJ., concur .

BENOLINE CO v STATE ex BETTMAN
CANFIELD OIL CO v STATE ex BETTMAN

Ohio Supreme Court
Nos 21889 & 21934. Decided March 19, 1930

FISHER BODY CO v CHEFLO

Ohio Supreme Court
No 22036. Decided March 19, 1930

Marshall, CJ., Kinkade, Robinson, Matthias, Day and Allen, JJ., concur.

INDUSTRIAL COMMISSION v LINK

Ohio Supreme Court
No 22008. Decided March 19, 1930

Robinson, Jones, Matthias, Day and Allen, JJ., concur.